IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LA VINCE PATE,** | : | **CIVIL NO. 1:13-CV-2120** |
| Petitioner | : | |
| v. | : | **(Judge Rambo)** |
| | : | **(Magistrate Judge Schwab)** |
| **TABB BICKELL,** *et al.,* | : | |
| Respondents | : | |

## O R D E R

AND NOW, this 19th day of May, 2015, **IT IS HEREBY ORDERED THAT:**

1) The court adopts the report and recommendation of Magistrate Judge Schwab.

2) The petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DENIED**.

3) The court declines to issue a certificate of appealability.

4) The Clerk of Court shall close the file.

s/Sylvia H. Rambo
United States District Judge